IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WYOMING



FILED

3:42 pm, 5/12/22

Tim J. Ellis
Clerk of Court

In re:

Rocky Lee Bolin,

        Debtor.

Case No. 22-20152
Chapter 7

### ORDER ON DEBTOR'S REQUEST FOR IMMEDIATE STAY

On May 12, 2022, Debtor commenced the above-captioned Chapter 7 case *pro se* by filing a Voluntary Petition. Along with his Voluntary Petition, Debtor filed an *ex parte* request for the immediate stay of a foreclosure action scheduled to occur on May 16, 2022. *See* docket #7. Pursuant to 11 U.S.C. § 362(a)(3), Debtor's bankruptcy petition automatically operates as a stay of "any act to obtain possession of property of the estate or of property from the estate . . ." Accordingly,

IT IS ORDERED the Motion is DENIED since the stay is already in place.

BY THE COURT

*[signature]* 5/12/2022
_____
Honorable Cathleen D. Parker
United States Bankruptcy Court
District of Wyoming

Service to:
        All on matrix